COURT OF APPEALS

                                       SECOND DISTRICT OF TEXAS

                                                   FORT WORTH

 

                                                 NO.
2-09-253-CV

 

MARY
SEALS CHAPMAN, INDIVIDUALLY,                                      APPELLANTS

AND EBONY JACKSON
AS NEXT FRIEND 

OF MADISYN
MCGLOTHIN, MINOR CHILD

 

                                                             V.

 

J.C.
PENNEY CORPORATION, INC.                                                    APPELLEE

 

                                                        ----------

             FROM
COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

                                                        ----------

                     MEMORANDUM OPINION[1]
AND JUDGMENT

                                                        ----------

We have considered AAppellants= Motion To Dismiss And Withdraw
Appeal.@ 
It is the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DELIVERED:  March 11, 2010











[1]See Tex. R.
App. P. 47.4.